IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STRATTON NEAL PEAY | : | CIVIL ACTION |
| V. | : | |
| JOSEPH F. MAZURKIEWICZ, et al. | : | NO. 10-6031 |

## O R D E R

AND NOW, this 22rd day of August, 2011, after *de novo* review:

1. Petitioner's Objections to the Magistrate Judge's Report and Recommendation are overruled.

2. Petitioner's request for appointed counsel is denied.

3. The Report and Recommendation is approved and adopted.

4. The petition for a writ of habeas corpus is denied.

5. A certificate of appealability is denied, as petitioner has not made a substantial showing of the denial of a constitutional right.

BY THE COURT:

_____
PETRESE B. TUCKER, J.